# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JOHN DOE,

       Plaintiff,

v.                                            **ORDER**
                                          Civil File No. 11-2561 (MJD/SER)

CEMSTONE PRODUCTS CO. and
CONCRETE PRODUCTS HEALTH
& WELFARE PLAN,

       Defendants.

Thomas E. Glennon, Thomas E. Glennon, P.A., Counsel for Plaintiff.

George R. Wood, Littler Mendelson, PC, Counsel for Defendant Cemstone
Products Co.

Molly R. Hamilton and Terrance J. Wagener, Messerli & Kramer P.A., Counsel
for Defendant Concrete Products Health & Welfare Plan.

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Steven E. Rau dated

December 2, 2011.   Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate

Judge Rau dated December 2, 2011.   Based on the current Complaint, the Court

must reject Doe's contention that he has pled in the alternative that the LTD

policy is not an ERISA plan.   All three counts of the Complaint explicitly reallege

and incorporate Paragraph 4 of the Complaint, which alleges:

> Defendant Concrete Products Health and Welfare Plan, a plan of
> insurance underwritten and administered by ReliaStar Life
> Insurance Company ("ReliaStar"), by and through the LTD Policy, at
> all relevant times, has been and is now a 'welfare benefit plan' under
> 29 U.S.C. § 1002(1) and an 'employee benefit plan' under 29 U.S.C.
> 1002(3).

(Compl. ¶¶ 6, 25, 30.)   The Compliant provides no indication that Doe

alternatively alleges that the LTD policy is not an ERISA plan.   As the Complaint

is currently pled, the state law claims cannot state a claim because they are

explicitly based upon an ERISA plan.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States
   Magistrate Judge Steven E. Rau dated December 2, 2011 [Docket No.
   15].

2. Defendant Cemstone Products Company's Motion to Dismiss
   Counts I and II and in Part Count III of Plaintiff's Complaint

[Doc. No. 2] is **GRANTED** in part and **DENIED** in part as follows:

    a.    To the extent that the motion seeks to dismiss Count I, the motion is **GRANTED**;

    b.    To the extent that the motion seeks to dismiss Count II, the motion is **GRANTED**;

    c.    To the extent that the motion seeks to dismiss Count III in part, the motion is **DENIED**.

3. Defendant Concrete Products Health and Welfare Plan's Motion to Dismiss Motion to Dismiss Count II and in Part Count III of Plaintiff's Complaint [Doc. No. 6] is **GRANTED** in part and **DENIED** in part as follows:

    a.    To the extent that the motion seeks to dismiss Count II, the motion is **GRANTED**; and

    b.    To the extent that the motion seeks to dismiss Count III in part, the motion is **DENIED**.

Dated:   January 8, 2012        s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court